EAST BATON ROUGE PARISH
Filed Aug 25, 2022 8:04 AM
Deputy Clerk of Court
E-File Received Aug 24, 2022 3:09 PM

C-722648
26

Case 3:22-cv-00648-JWD-EWD   Document 1-1   10/06/22   Page 1 of 4

| | |
|---|---|
| **CORNEY JOSEPH** | NUMBER _____ SEC. _____ |
| | 19th JUDICIAL DISTRICT COURT |
| **VERSUS** | |
| | PARISH OF EAST BATON ROUGE |
| **ALFONSO Q. MARTINEZ, LAM CARGO, LLC AND AEGIS SECURITY INSURANCE COMPANY** | STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Corney Joseph, a person of the full age of majority who is domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully avers as follows:

1.

Made defendants herein are:

A. **ALFONSO Q. MARTINEZ**, a person of the full age of majority who is domiciled in the County of Harris, State of Texas;

B. **LAM CARGO, LLC**, a foreign corporation that is not licensed to do business in the State of Louisiana; and

C. **AEGIS SECURITY INSURANCE COMPANY**, a foreign insurance corporation authorized to do and actually doing business in the State of Louisiana;

who are indebted to plaintiff, Corney Joseph, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand until paid and for all costs of this proceeding, including any expert witness fees and expenses, for the following reasons, to wit:

2.

On or about September 13, 2021, plaintiff, Corney Joseph (hereinafter "plaintiff"), was a guest passenger in a 2018 Ram pickup owned and being driven by James I. McKnight (hereinafter "McKnight") on Rieger Road within the Parish of East Baton Rouge, State of Louisiana when McKnight came to a complete stop for a red traffic signal at the intersection of Rieger Road and Siegen Lane.

3.

At the same time and place, defendant, Alfonso Q. Martinez (hereinafter "Martinez"), was driving a 2006 Freightliner pulling a commercial trailer (tractor/trailer) owned by defendant, Lam Cargo, LLC (hereinafter "Lam"), on Siegen Lane when he attempted to make a right turn from Siegen Lane and onto Rieger Road, and the tractor/trailer he was driving turned too wide and the trailer collided violently with the driver side of the vehicle owned and being driven by McKnight

<span style="color:red">Exhibit A</span>

and occupied by plaintiff, thereby causing plaintiff to sustain the personal injuries and related losses set forth more specifically herein below.

4.

The motor vehicle accident made the subject of this proceeding and plaintiff's related damages were caused solely and proximately by the negligence and/or fault of McKnight, said negligence and/or fault consisting of, but not limited to, the following:

- a. Failing to maintain control of the tractor/trailer he was driving;
- b. Failing to negotiate a turn in a safe manner;
- c. Failing to exercise ordinary care;
- d. Failing to act in a reasonable manner under the circumstances;
- e. Failing to observe what the exercise of ordinary care would have revealed; and
- f. Any and all other acts of negligence and/or fault to be proven at the trial of this matter.

5.

Nothing plaintiff or any third party did or failed to do was a possible cause-in-fact of the motor vehicle accident made the subject of this proceeding.

6.

Plaintiff sustained personal injuries and related losses as a direct result of the negligence and/or fault of McKnight.

7.

Plaintiff has sustained personal injuries as a direct result of the negligence and/or fault of McKnight and he is entitled to recover damages for the following:

- a. Past, present and future physical pain and suffering;
- b. Past, present and future mental anguish;
- c. Physical disability and/or impairment;
- d. Past and future lost income;
- e. Loss of earning capacity;
- f. Inconvenience; and
- g. Loss of enjoyment of life.

8.

As a direct result of personal injuries sustained by plaintiff as a consequence of the motor vehicle accident made the subject of this proceeding he has incurred and will continue to incur

medical expenses which he is entitled to recover, including, but not limited to, diagnostic and treatment expenses, hospital charges, surgical costs, chiropractic treatment costs, prescription medication charges, rehabilitation and/or physical therapy charges, related travel expenses and/or any other related and necessary expenses.

9.

Plaintiff alleges on information and belief that at all times material to this proceeding McKnight was an employee of Lam and he was engaged in the course and scope of that employment at the time of the motor vehicle accident made the subject of this proceeding. Lam is therefore vicariously liable for any negligence and/or fault attributable to McKnight pursuant to the legal doctrine of *respondeat superior*. LSA-C.C. Article 2320.

10.

Plaintiff alleges on information and belief that at all times material to this proceeding there was in full force and effect a policy of automobile liability insurance issued by defendant, Aegis Security Insurance Company (hereinafter "Aegis"), insuring the tractor/trailer owned by Lam and being driven by Martinez at the time of the motor vehicle accident made the subject of this proceeding, which policy serves to indemnify Martinez and/or Lam for the negligence and/or fault described hereinabove, and Aegis is liable *in solido* with Martinez and/or Lam for all damages due plaintiff.

11.

Plaintiff alleges amicable demand to no avail.

12.

The principal amount of plaintiff's claim for damages, exclusive of legal interest and costs, exceeds the requisite amount for a trial by jury. LSA-C.C.P. Article 1732(1).

WHEREFORE, plaintiff, Corney Joseph, prays that defendants, Alfonso Q. Martinez, Lam Cargo, LLC and Aegis Security Insurance Company, be served with this Petition for Damages and duly cited to appear and answer same, and following the expiration of all legal delays and after due proceedings had, there be judgment herein in favor of plaintiff, Corney Joseph, and against defendants, Alfonso Q. Martinez, Lam Cargo, LLC and Aegis Security Insurance Company, jointly and *in solido*, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial

Exhibit A

demand until paid and for all costs of this proceeding, including any expert witness fees and expenses.

Respectfully Submitted:

**Gordon McKernan Injury Attorneys**

By: _____
WILLIAM J. MITCHELL, II, No. 17063
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202

**SERVICE INFORMATION**

PLEASE SERVE:

***VIA LOUISIANA LONG ARM STATUTE***
Alfonso Q. Martinez
2031 Westborough Drive, Apt. 1008
Katy, TX 77449

***VIA LOUISIANA LONG ARM STATUTE***
Lam Cargo, LLC,
through its agent for service of process:
Liber Yi
5730 Timber Creek Place Drive, Apt. 505
Houston, TX 77084

Aegis Security Insurance Company,
through the Louisiana Secretary of State:
R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 79809

Exhibit A